## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**JOSE SEDA-MARTINEZ, YASMIN RAMIREZ-RODRIGUEZ,**
and their conjugal partnership

Plaintiffs,

v.

**NATIONAL UNIVERSITY COLLEGE, TRIPLE S INSURANCE COMPANY, INSURANCE COMPANY ABC, CORPORATION DEF, JOHN DOE, JANE DOE, and their conjugal partnership.**

Defendants,

Civil No. 18-1975 (DRD)

## JUDGMENT

Pursuant to Plaintiffs' *Motion to Dismiss Complaint with Prejudice* (Docket No. 93), the Court hereby enters a final judgment **DISMISSING PLAINTIFFS' COMPLAINT WITH PREJUDICE**. Furthermore, the Court retains jurisdiction for the sole purpose of resolving any controversies related to -and/or enforcing- the provisions of settlement agreement that lead to the conclusion of the instant case.

**THIS CASE IS NOW CLOSED FOR ALL ADMINISTRATIVE AND STATISTICAL PURPOSES. IT IS SO ORDERED.**

In San Juan, Puerto Rico, September 8, 2020.

*S/Daniel R. Domínguez*
Daniel R. Domínguez
United States District Judge